```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TURNER CONSTRUCTION COMPANY,                  :
:
Plaintiff,           :
:          23-cv-7757 (LJL)
-v-                               :
:              ORDER
FEDERATED MUTUAL INSURANCE COMPANY,           :
:
Defendant.           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The parties move jointly for a stay of this litigation pending resolution of the underlying bodily injury action filed in New York State Supreme Court. Dkt. No. 46. The motion for a stay is GRANTED. The parties are HEREBY ORDERED to file a status letter on November 29, 2024, and every four months thereafter (on the last business day of the month), indicating the status of the underlying action and whether the stay can be lifted.

SO ORDERED.

Dated: September 18, 2024                    _____
       New York, New York                              LEWIS J. LIMAN
                                                United States District Judge